UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

                    Plaintiff,

  - against -

BLEACH GROUP USA HOLDINGS, INC. ET AL.,

                    Defendants.

22-cv-3245 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The deadline for 20 Greene Owner LLC to answer the complaint was June 1, 2022. The time for 20 Greene Owner LLC to answer is extended to July 8, 2022. The plaintiff shall serve a copy of this order on the defendant and file proof of service by July 1, 2022.

SO ORDERED.

Dated:   New York, New York
        June 23, 2022

                                        John G. Koeltl
                                   United States District Judge