UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

              Plaintiff,

- against -

BLEACH GROUP USA HOLDINGS, INC., ET AL.,

              Defendants.

22-cv-3245 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court directed the plaintiff to file proof of service of the Order at Docket No. 8 by July 1, 2022. The time for the plaintiff to file proof of service is extended to July 8, 2022. The time for 20 Greene Owner LLC to answer the complaint is extended to July 15, 2022. The conference scheduled for July 11, 2022 is **canceled**.

SO ORDERED.

Dated:    New York, New York
             July 5, 2022

                                        John G. Koeltl
                              United States District Judge