```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

RICARDO VELASQUEZ,

               Plaintiff,        22-cv-3245 (JGK)

    - against -               ORDER

BLEACH GROUP USA HOLDINGS, INC., ET AL.,

               Defendants.

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by **September 7, 2022.**

SO ORDERED.

Dated:    New York, New York
           August 16, 2022

                              /s/ John G. Koeltl
                                John G. Koeltl
                      United States District Judge