UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RICARDO VELASQUEZ,
                    Plaintiff,

                    22 civ 3245 (JGK)

       -against-

20 GREENE OWNER, LLC, et al,
                    Defendants.
-----------------------------------------------------------X

**ORDER**

      The matter, having been referred to mediation and a case management order having been entered on September 9, 2022,

      The conference scheduled for today, September 20, 2022, is canceled.

**SO ORDERED.**

                                                                         _____
                                                                           **JOHN G. KOELTL**
                                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         September 20, 2022